IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUWSA GREEN, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 10-212 |
| : | |
| ANTHONY SHORT, et al., : | |
| : | |
| Defendants. : | |

### ORDER

**AND NOW**, this *21st* day of *March*, 2012, upon consideration of Plaintiff Muwsa Green's Motion for Summary Judgment (Docket No. 76), Defendant Anthony Shorts's[1] Motion for Summary Judgment (Docket No. 78), and Defendant's Response in Opposition to Plaintiff's Motion (Docket No. 80), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment against Defendant Shorts is **DENIED WITH PREJUDICE**. Plaintiff's Motion for Summary Judgment against the remaining named Defendants is **DENIED WITHOUT PREJUDICE**.

2. Defendant Anthony Shorts's Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant Shorts. This case remains open with respect to the remaining Defendants.

3. Plaintiff shall have thirty (30) days from the date of this Order to correctly identify and serve the remaining named Defendants in this action. Any Defendant who is not served within the time specified will be dismissed.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] It appears that the correct surname of this Defendant is "Shorts," not "Short" as stated in the caption to this case. (See Mem. of Anthony Shorts, attached as unlabeled exhibit to Pl.'s Mot. Summ. J.)